People v Berger (2025 NY Slip Op 03961)

People v Berger

2025 NY Slip Op 03961

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025

PRESENT: BANNISTER, J.P., GREENWOOD, NOWAK, KEANE, AND HANNAH, JJ. (Filed June 27, 2025.) 

MOTION NO. (1903/96) KA 24-01847.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RICHARD BERGER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.